# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY G. BROWN (#A-72335), | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14 C 8326 |
| DR. SALEH OBAISI, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Promptly after this Court received the Judge's Copy of the pro se Complaint by Anthony Brown ("Brown"), it issued an October 30, 2014 memorandum order ("Order") based on its initial screening of the Complaint as called for by 28 U.S.C. § 1915A(a).[1] In the Order this Court correctly anticipated Brown's ability to qualify for in forma pauperis ("IFP") treatment of the special type afforded to prisoner plaintiffs by Section 1915, even though he had not yet provided all of the trust fund account information called for by the statute. Accordingly the Order designated a member of this District Court's trial bar to represent Brown (relief that he had asked for in his accompanying Motion for Attorney Representation) and ordered Brown to provide the printout needed for the calculation called for by Section 1915(b)(1).

In addition to taking on Brown's representation in substantive terms, his designated counsel has obtained and submitted the required printout reflecting transactions in Brown's trust fund account at Stateville Correctional Center ("Stateville," where he is in custody) for the

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

six-month period that began April 20, 2014. This Court grants Brown's IFP application, and it has made the necessary Section 1915(b)(1) calculation and finds that the average monthly deposits to Brown's account during that six-month period came to $47.52, 20% of which (see Section 1915(b)(1)(A)) is $9.50. Accordingly Brown is assessed an initial partial payment on account of the filing fee equal to (1) $9.50 plus (2) 20% of all deposits to Brown's trust fund account from October 21 through November 30, 2014, and the Stateville trust fund officer is ordered to collect that amount from Brown's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department

After such payment the trust fund officer at Stateville (or at any other correctional facility where Brown may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account (beginning with the month of December 2014). Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Brown's name and the 14 C 8326 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Stateville trust fund officer.

                                                                                             _/s/ William D. Shadur_
                                                                                             Milton I. Shadur
Date: December 8, 2014                                          Senior United States District Judge