Anthony G. Brown
                                    Plaintiff,

v.                                                    Case No.: 1:14–cv–08326
                                                      Honorable Milton I. Shadur

Saleh Obaisi, M.D., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 13, 2015:

    MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 2/13/2015. Status hearing set for 5/14/2015 at 09:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.